**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDUARDO GALVAN,** *On his own behalf and others similarly situated*, **and ISMAEL GALVAN,**

                **Plaintiffs,**

**-vs-**                                                  **Case No.  6:06-cv-730-Orl-22JGG**

**LE BUI, INC., d/b/a:  Takeya Japanese Steak House and Sushi Bar,**

                **Defendant.**
_____

**ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 48) filed on March 29, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed April 9, 2007 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement Agreement (Doc. No. 48) is **GRANTED** and the settlement is **APPROVED**.

      3.      This case is **DISMISSED WITH PREJUDICE**.

      4.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 1, 2007.

ANNE C. CONWAY  
United States District Judge

Copies furnished to:

United States Magistrate Judge  
Counsel of Record